IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PRESTON D. BONNETT**, | : CIVIL ACTION NO. 1:22-CV-1919 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **SUPERINTENDENT ZAKEN**, *et al.*, | : |
| Respondents | : |

## ORDER

AND NOW, this 22nd day of December, 2022, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED WITH PREJUDICE as untimely.

2. A certificate of appealability shall not issue.

3. The Clerk of Court is DIRECTED to close this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania